This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 124
In the Matter of Jorge L.
Linares,
            Appellant,
        v.
Andrea W. Evans, &c.,
            Respondent.

        Alfred O'Connor, for appellant.
        Kate H. Nepveu, for respondent.
        Columbia Law School Prisoners and Families Clinic of Morningside Heights Legal Services; Tim Brennan et al., amici curiae.

MEMORANDUM:

        The order of the Appellate Division should be affirmed, without costs.

        Petitioner challenges the validity and potential application of certain regulations of the Board of Parole which address risks and needs assessments and related matters (see 9 NYCRR 8002.3 [a]).  However, the Board promulgated those

- 1 -

regulations after its determination here and has not had an opportunity to consider petitioner's arguments.  Given the impact that a determination of petitioner's claims will certainly have in this and future cases, the more prudent course is to leave the propriety of the regulations to be raised in the first instance before the Board (see Walton v New York State Dept of Correctional Servs, 8 NY3d 186, 197 [2007]; Schiavone v City of New York, 92 NY2d 308, 317 [1998]; see also Red Hook/Gowanus Chamber of Commerce v New York City Bd of Stds, 5 NY3d 452, 461-462 [2005]).  Because, under the particular circumstances of this case, none of petitioner's statutory and regulatory claims are reviewable on appeal at this juncture, we express no opinion on the merits of those claims.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order affirmed, without costs, in a memorandum.  Chief Judge Lippman and Judges Pigott, Rivera, Abdus-Salaam and Fahey concur. Judge Stein took no part.

Decided October 22, 2015